7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLES ROBERT TAYLOR, JR.,

        Defendant.

_____/

Case:2:21-cr-20537
Judge: Roberts, Victoria A.
MJ: Grand, David R.
Filed: 08-18-2021 At 12:51 PM
INDI USA V. TAYLOR JR. (DA)

VIO.: 18 U.S.C. § 2251(a), (e)
      18 U.S.C. § 2260A
      18 U.S.C. § 2252A(a)(2)
      18 U.S.C. § 2252A(a)(5)(B)
      Forfeiture Allegations

## INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, a boy, MV-1, whose identity is known

to the Grand Jury, was a victim of the crimes alleged in Counts One through Four.

MV-1 has a date of birth in 2009.

## COUNT ONE

18 U.S.C. § 2251(a), (e)
*Production of Child Pornography*

On or about November 26, 2020, in the Eastern District of Michigan, the

defendant, CHARLES ROBERT TAYLOR, JR., attempted to and did knowingly

employ, use, persuade, induce, entice and coerce a minor, specifically, MV-1, who

was under 18 years of age, to engage in any sexually explicit conduct, as defined in

Title 18, United States Code, Section 2256(2), for the purpose of producing any

visual depiction of such conduct, knowing and having reason to know that such

visual depiction would be transported and transmitted using any means and facility

of interstate and foreign commerce, and in and affecting interstate and foreign

commerce, and the visual depiction was produced and transmitted using materials

that had been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer, and such visual depiction was

transported and transmitted using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce; all in violation of

Title 18, United States Code, Section 2251(a), (e).

**COUNT TWO**

18 U.S.C. § 2260A
*Commission of a Felony Offense Involving a Minor When
Required to Register as a Sex Offender*

On or about November 26, 2020, in the Eastern District of Michigan, the

defendant, CHARLES ROBERT TAYLOR, JR., being required by Federal and

other law to register as a sex offender, did commit a felony offense involving a minor

2

under Title 18, United States Code, Section 2251, to wit: the felony offense alleged

in Count One of this Indictment; in violation of Title 18, United States Code, Section

2260A.

## COUNT THREE

18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

On or about November 28, 2020 through on or about November 30, 2020, in

the Eastern District of Michigan, the defendant, CHARLES ROBERT TAYLOR,

JR., did knowingly distribute child pornography as defined in Title 18 United States

Code, Section 2256(8); using a means and facility of interstate and foreign

commerce, and the child pornography distributed by the defendant had been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer; in violation of Title 18, United States Code, Section

2252A(a)(2).

## COUNT FOUR

### 18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about December 8, 2020, in the Eastern District of Michigan, the defendant, CHARLES ROBERT TAYLOR, JR., knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of a real prepubescent minor who had not attained twelve (12) years of age engaged in sexually explicit conduct, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses charged in Counts One, Three, and Four of the Indictment, the defendant, CHARLES ROBERT TAYLOR, JR., shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

i.  Any visual depiction described in 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred to, sold to, or deposited with a third party;

c.  has been placed beyond the jurisdiction of this Court;

d.  has been substantially diminished in value; or

5

e.  has been commingled with other property which cannot be divided without

difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture

of all other property of the defendant up to the value of the above described forfeitable

property.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON


SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN C. COATS
Chief, Major Crimes Unit


*s/ Lisandra Fernandez-Silber*
LISANDRA FERNANDEZ-SILBER
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9122
Lisandra.Fernandez-Silber@usdoj.gov

Date: August 18, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case:2:21-cr-20537<br>Judge: Roberts, Victoria A.<br>MJ: Grand, David R.<br>Filed: 08-18-2021 At 12:51 PM<br>INDI USA V. TAYLOR JR. (DA) |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:**   LFS |

**Case Title:** USA v.   Charles Robert Taylor, Jr.

**County where offense occurred :**  Wayne

**Check One:**      ☒ Felony          ☐ Misdemeanor          ☐ Petty

____✓__Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**            ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 18, 2021
Date

Lisandra Fernandez-Silber
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9122
Fax:   313-226-2372
E-Mail address: lisandra.fernandez-silber@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16